[No. 32215-0-I.   Division One.   July 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. XAVIER
DEVON TONEY, *Defendant*, RODNEY DION YOUNG,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05667-1, Faith Enyeart Ireland, J.,
entered January 9, 1993. *Reversed* by unpublished opinion
per Baker, C.J., concurred in by Coleman and Cox, JJ.

[Nos. 32993-6-I; 33029-2-I.   Division One.   July 17, 1995.]

NICHOLAAS MISSLER, ET AL., *Respondents*, v.
FIBREBOARD CORPORATION, ET AL., *Defendants*,
OWENS-CORNING FIBERGLAS CORPORATION, *Appellant*.

NICHOLAAS MISSLER, ET AL., *Respondents*, v. GAF
CORPORATION, ET AL., *Defendants*, E. J. BARTELLS
COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-28444-8, Robert H. Alsdorf, J., entered
June 8, 1993. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 34172-3-I.   Division One.   July 17, 1995.]

SHIRLEY MILLER, *Appellant*, v. JOHN EDWARD SMITH,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-12599-4, Jim Bates, J., entered February
11, 1995. *Reversed* by unpublished per curiam opinion.